**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Saul Santiago Acuna v. The State of Texas

Appellate case number:   01-16-00533-CR

Trial court case number:  1445281

Trial court:             174th District Court of Harris County

On December 29, 2016, this Court granted appellant's motion to abate, abated and remanded this case to the trial court to enter written findings of fact and conclusions of law regarding the denial of appellant's pre-trial motion to suppress his statements as involuntary. On January 31, 2017, a compliant supplemental clerk's record with the trial court's findings of fact and conclusions of law, signed on January 13, 2017, was filed in this Court.

Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket.

Appellant is **ORDERED** to file his appellate brief no later than **30 days** from the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(1), (d).

The State's appellate brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                    ☒ Acting individually    ☐ Acting for the Court
Date: February 7, 2017